IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEFFRY BLOCK,**

**Plaintiff,**

**v.**

**ILLINOIS SECRETARY OF STATE,
DEPARTMENT OF POLICE, and
MICHAEL PIPPIN,**

**Defendant.** No. 09-117-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter is before the Court for case management purposes. On June 10, 2009, Magistrate Judge Proud granted Plaintiff leave to file an amended complaint (Doc. 19). On July 14, 2009, Plaintiff asked for leave to re-file his amended complaint (Doc. 22) which Magistrate Judge Proud granted (Doc. 23). On July 16, 2009, Plaintiff filed his amended complaint (Doc. 24). Thus, the Court **DENIES AS MOOT** Defendant Secretary of State of the State of Illinois, Department of Police's motion to dismiss (Doc. 6) and Defendant Michael Pippin's motion to dismiss (Doc. 4).

**IT IS SO ORDERED.**

Signed this 28th day of July, 2009.

/s/ David R Herndon
**Chief Judge
United States District Court**