IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEFFREY BLOCK,**

**Plaintiff,**

**v.**

**ILLINOIS SECRETARY OF STATE,
DEPARTMENT OF POLICE, and
MICHAEL PIPPIN,**

**Defendants.**                                              No. 09-117-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is Plaintiff's motion for extension of time to respond to motion for summary judgment (Doc. 42). Specifically, Plaintiff requests that he be allowed until June 3, 2010 in which to file a response to Defendant Illinois Secretary of State's motion for summary judgment (Doc. 40) because Plaintiff's counsel has had to deal with unanticipated developments in several of his other cases which have prevented him from being able to develop a response in this case. Plaintiff states that his counsel has had to deal with the unexpected death of a client in one case and the recent termination of a client in another case. Plaintiff also notes that his counsel's sole legal assistant ended her employment with his counsel unexpectedly which has further delayed his counsel's ability to file a response. Defendants have no objection to the extension of time. Therefore, based on the reasons in the motion, the Court **GRANTS** Plaintiff's motion for extension of time (Doc. 42). Plaintiff will have up to and including **June 3, 2010** in which to file a

response.  Defendants reply deadline is now **June 17, 2010**.

**IT IS SO ORDERED.**

Signed this 18th day of May, 2010.

/s/    David R. Herndon

**Chief Judge
United States District Court**