IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEFFREY BLOCK,**

**Plaintiff,**

**v.**

**ILLINOIS SECRETARY OF STATE,
DEPARTMENT OF POLICE,
and MICHAEL PIPPIN,**

**Defendants.**                                                    **No. 09-117-DRH**

## JUDGMENT IN A CIVIL CASE

     **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

     **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders entered by this Court on February 24, 2010 and December 15, 2010, judgment is entered in favor of the defendants, **ILLINOIS SECRETARY OF STATE, DEPARTMENT OF POLICE, and MICHAEL PIPPIN** and against plaintiff, **JEFFREY BLOCK**, and this case is **DISMISSED** with prejudice. Each party shall bear their own costs--------------------------------------------------------------------------------------------------

                                         **NANCY J. ROSENSTENGEL,
CLERK OF COURT**

                                         **BY:**      */s/Sandy Pannier*
                                                                  **Deputy Clerk**

Dated: December 16, 2010

                              David R. Herndon
                              2010.12.16
                              14:53:12 -06'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT